MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

OWEN P. MARTIKAN (CABN 177104)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: owen.martikan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DYLAN JOSH ZARA,<br><br>    Defendant. | No. CR 11-0819 SI<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM NOVEMBER 23, 2011, TO DECEMBER 16, 2011 |

      The defendant, DYLAN JOSH ZARA, represented by DANIEL P. BLANK, Assistant Federal Public Defender, and the government, represented by OWEN P. MARTIKAN, Assistant United States Attorney, appeared before the Court on November 23, 2011, for arraignment in this case. The case was then set for an initial appearance before the District Court on December 16, 2011. The government had not yet produced the discovery in this case. The parties stipulated that an exclusion of time under the Speedy Trial Act between November 23, 2011, and December 16, 2011, was necessary for defense counsel's effective preparation, taking into account the exercise of due diligence. The parties further stipulated that the ends of justice served by excluding the time between November 23, 2011, and December 16, 2011, from computation

under the Speedy Trial Act outweighed the best interests of the public and the defendant in a speedy trial.

SO STIPULATED:

                                  MELINDA HAAG
                                  United States Attorney

DATED: June 12, 2012                _____/s/_____
                                  OWEN P. MARTIKAN
                                  Assistant United States Attorney

                                  STEVEN G. KALAR
                                  Federal Public Defender

DATED: June 12, 2012                _____/s/_____
                                  DANIEL P. BLANK
                                  Attorney for Dylan Josh Zara

## [~~PROPOSED~~] ORDER

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between November 23, 2011, and December 16, 2011, would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between November 23, 2011, and December 16, 2011, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between November 23, 2011, and December 16, 2011, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: ___June 13, 2012___                _____
                                          HON. JOSEPH C. SPERO
                                          United States Magistrate Judge